AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**FILED**
MAR 31 2022
U.S. DISTRICT COURT
EVANSVILLE, INDIANA

| | | |
|---|---|---|
| United States of America<br>v.<br><br>ROBERT EUGENE YOUNG<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) | Case No.  3:22-mj- 41 -MPB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 6, 2021__ in the county of __Gibson__ in the __Southern__ District of __Indiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Distribution of Sexually Explicit Material Involving Minors |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Bryan Brown, Task Force Officer, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/31/2022, 2:28 pm

_____
*Judge's signature*

Matthew P. Brookman, U.S. Magistrate Judge
*Printed name and title*

City and state: Evansville, Indiana

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT FOR **ROBERT EUGENE YOUNG**

## INTRODUCTION

Your Affiant, Task Force Officer (TFO) Bryan Brown, being duly sworn, deposes and says:

1. I am a detective with the Evansville Police Department ("EPD") assigned to the FBI's Child Exploitation Task Force. I have been deputized as a Federal Agent through the United States Marshals Service and have been employed by the EPD for 22 years. The following facts are either known to me personally or were given to me by persons identified in the paragraphs below.

2. This affidavit is submitted in support of a request for the issuance of a criminal complaint and arrest warrant for Robert Eugene Young, for the offense of distribution of sexually explicit material involving minors in violation of Title 18, United States Code, Section 2252(a)(2). Since this affidavit is being submitted for the limited purpose of securing an arrest warrant and complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the proposed arrest warrant and complaint.

## ALLEGED OFFENSES

3. This investigation concerns alleged violations of Title 18, United States Code, Section 2252, relating to material involving the sexual exploitation of minors. Specifically, Title 18, United States Code, Section 2252(a)(2) prohibits the distribution of visual depictions of minors engaging in sexually explicit conduct under circumstances involving some form of

[1]

interstate nexus including transmission over the internet. "Sexually explicit conduct" means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any persons. *See* 18 U.S.C. § 2256(2).

## RESULTS OF INVESTIGATION

4. On or about November 17, 2021, Detective Bryan Brown of the Evansville Police Department and Indiana ICAC Task Force received CyberTip number **104077619** from the National Center for Missing and Exploited Children (NCMEC). NCMEC operates the CyberTipline and the Child Victim Identification Program to provide assistance to law enforcement in its efforts to identify victims of child pornography and child sexual exploitation. NCMEC also works with law enforcement, Electronic Service Providers, electronic payment service providers and others in their efforts to reduce the distribution of child sexual exploitation images and videos on the Internet. NCMEC does not investigate and cannot verify the accuracy of information it receives. NCMEC forwards reports of possible child sexual exploitation to law enforcement for its independent review and analysis. I have investigated numerous CyberTips from the National Center for Missing and Exploited Children that have resulted in the discovery of evidence of child exploitation.

5. Facebook filed CyberTip number **104077619** after discovering at least one file believed to be sexually explicit material involving a minor had been uploaded to an Instagram account identified by a user ID of **49538789187** and distributed to another Instagram account. The files were uploaded and distributed using an Instagram application on October 6, 2021.

6. I viewed one of the files reported by Facebook to NCMEC and determined that it appeared to depict a child under the age of eighteen (18) years old, engaged in sexual acts and/or poses, and fell within the definition of sexually explicit conduct involving minors and child pornography set forth in 18 U.S.C. § 2256. The file can be described as a picture of a prepubescent male completely nude with his genitalia exposed and his legs positioned to make his genitalia the focal point of the visual depiction.

7. Facebook provided an IP address that was used when the account was accessed near the times of the uploads under investigation.

8. A check of publicly available records maintained by A.R.I.N. (American Registry for Internet Numbers) confirmed that the IP address was assigned to the Internet service provider Charter Communications. A subpoena was obtained in order to identify the subscriber for the IP addresses when the account was accessed. On or about February 1, 2022, Charter Communications responded to the subpoena, identifying the following subscriber:

**Name:** Robert Young

**Address:** XXXX Brumfield Avenue, XXXX, Princeton, Indiana 47670

9. On or about February 7, 2022, I conducted site surveillance at XXXX Brumfield Avenue, in Princeton, Indiana. I checked for any unsecured wireless access points near the Brumfield Avenue address. No unsecured wireless access points were observed. A white passenger car was parked in the driveway when I conducted the site surveillance. I had the license plate checked for registration information and it returned to Robert Young at the address of XXXX Brumfield Avenue, Princeton, Indiana.

10. On March 14, 2022, a search warrant was applied for and received in the United States District Court for the Southern District of Indiana. On March 28, 2022, the search warrant was executed at XXXX Brumfield Avenue, XXXX, Princeton, Indiana.

11. Robert Eugene Young was present at the search location when the search warrant was executed. Young agreed to be interviewed. During the interview Young admitted to creating the Instagram account that was reported to the National Center for Missing and Exploited Children. Young admitted that he used the account to communicate with others about images or videos that contained sexually explicit material involving minors. Young admitted communicating with an individual using the screen name of boilover9. Young admitted that he sent sexually explicit material involving minors to boilover9. Young was shown several images that had been sent from his account to the boilover9 account and he was able to recall two of them. Young was asked how old he thought each boy was that was represented in each image. For the first image, he said the boy appeared to be 10 to 12 years old. For the second image he said the boy appeared to be 14 years old. Young admitted using his cell phone to search for sexually explicit material involving minors as recently as two weeks ago. Young stated he was not sure what would be found on his cell phone because he tried to delete any history of searching for and viewing sexually explicit material involving minors after the last time he searched for it.

12. I conducted a criminal record check on Robert Young as a part of my investigation and discovered that Young is a registered sex offender based on a 2018 conviction for possession of child pornography in Gibson County, Indiana under cause number 26C01-1809-F5-0991.

## CONCLUSION

13.     Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that **ROBERT EUGENE YOUNG** committed the offense of distribution of sexually explicit material involving minors in violation of Title 18, United States Code, Section 2252(a)(2).

## REQUEST FOR SEALING OF THIS AFFIDAVIT

14.     It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, affidavit, and arrest warrant. Sealing is necessary to protect the identity of minor victims and because release of the information in the complaint and affidavit may have a negative impact on this continuing investigation and may jeopardize its effectiveness.

Bryan Brown, Task Force Officer
Federal Bureau of Investigation

SWORN TO BEFORE ME THIS 31st DAY OF March, 2022.

MATTHEW P. BROOKMAN, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

[5]